PROB 12C
(7/93)

Report Date: May 23, 2013

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 4 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mahpiya M. Whitehorse        Case Number: 2:11CR00097-001

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 3, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | March 29, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | March 28, 2016 |

## PETITIONING THE COURT

To incorporate the following violations into the violation report submitted May 15, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number

4

**Special Condition #24**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: As previously reported, Mr. Whitehorse was declared an absconder from the RRC at approximately 4 a.m. on May 15, 2013, following his failure to return to the center at his prescribed return time of 2 a.m. from work. Mr. Whitehorse subsequently returned to the RRC at approximately 5 a.m. Upon return, the RRC noticed that Mr. Whitehorse smelled of intoxicants. He provided a breathalyzer sample, which registered a blood alcohol level of .117. Mr. Whitehorse was declared an absconder by RRC staff and removed from the program.

Mr. Whitehorse's employer, Spokane Industries, was contacted by the undersigned officer on May 21, 2013. According to officials at this business, Mr. Whitehorse was laid off from his job on May 10, 2013, due to workload reductions.

According to RRC staff, Mr. Whitehorse signed out of their facility on May 11, 13, 14, 2013, purportedly to work, even though his position had ended. As a result, Mr. Whitehorse was in the community unsupervised and unaccountable for over 49 hours during this 4-day period.

**Prob12C**
**Re: Whitehorse, Mahpiya M.**
**May 23, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends these violations be incorporated into the violation report submitted May 15, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 23, 2013

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other – Incorporate

Signature of Judicial Officer

5/24/13
Date